| | |
|---|---|
| 1 | KAUFMAN DOLOWICH & VOLUCK, LLP |
| 2 | KATHLEEN M. HURLY (SBN 169907)<br>GEORGELLE C. CUEVAS (SBN 283595) |
| 3 | 425 California Street, Suite 2100<br>San Francisco, California  94104 |
| 4 | Telephone:   (415) 926-7600<br>Facsimile:    (415) 926-7601 |
| 5 | Attorneys for Defendants THE PERMANENTE |
| 6 | MEDICAL GROUP, INC., erroneously sued<br>Herein as KAISER PERMANENTE, and KIM |
| 7 | STROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERESA BUSCH, | ) | Case No.:  15-CV-01813 TEH |
| | ) | |
| Plaintiff, | ) | Action Filed:  March 5, 2015 |
| | ) | |
| v. | ) | **DEFENDANTS' REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE & [** ~~PROPOSED~~ **] ORDER** |
| | ) | |
| KAISER PERMANENTE, KIM, STROUP, and DOES 1-100, | ) | Case Management Conference scheduled for: |
| | ) | Date:  August 3, 2015 |
| Defendants. | ) | Time:  1:30 PM |
| | ) | Dept:  12 |

**TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD**:

The Permanente Medical Group, Inc. ("TPMG"), erroneously sued herein as KAISER PERMANENTE, and individual KIM STROUP respectfully request that their counsel be permitted to appear at the Case Management Conference via telephone.  On May 22, 2015, lead defense counsel attended trial call in the case captioned Sanchez v. Constellation, Sonoma County Superior Court Case no. SCV 254443.  Trial of the matter began on June 2, 2015 and was expected to conclude by July 24, 2015, but the trial continues.  We expect that the trial will continue past August 3, 2014.

| | |
|---|---|
| DATED: July 23, 2015 | KAUFMAN DOLOWICH & VOLUCK, LLP<br><br>*/s/ Georgelle Cuevas*<br>Kathleen M. Hurly<br>Georgelle C. Cuevas<br>Attorneys for Defendants THE PERMANENTE MEDICAL GROUP, INC., erroneously sued herein as KAISER PERMANENTE, and KIM STROUP |

## [~~PROPOSED~~] ORDER

**DEFENDANTS' REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** is granted. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: 07/28/2015

_____
UNITED STATES DISTRICT JUDGE THELTON E. HENDERSON

4832-1122-1542, v. 1

- 2 -

DEFENDANTS' REQUEST TO APPEAR AT THE CASE MANAGEMENT CONFERENCE BY TELEPHONE & [PROPOSED] ORDER